**Nat ROGAN, Collector of Internal Revenue for the Sixth District of California, Appellant, and Appellee, v. Helen Franklin CUTTS, Appellee, and Appellant.**

No. 9698.

Circuit Court of Appeals, Ninth Circuit.

Dec. 16, 1940.

Wm. Fleet Palmer, U. S. Atty., E. H. Mitchell and Armond Monroe Jewell, Asst. U. S. Attys., all of Los Angeles, Cal., for Rogan, Collector.

Joseph D. Peeler, and James A. Miller, both of Los Angeles, Cal., for Helen Franklin Cutts.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeals herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.

**AGRICULTURAL SECURITIES CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Mary W. STEWART, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**A. O. STEWART, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Nos. 9337-9339.

Circuit Court of Appeals, Ninth Circuit.

Jan. 6, 1941.

W. Glenn Harmon, of San Francisco, Cal., and Ernest L. Wilkinson, of Washington, D. C., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of motion of counsel for petitioners, that—pursuant to the authority of United States of America, vs. Ashby Oliver Stewart, decided by the Supreme Court of the United States on November 12, 1940,—a judgment of affirmance be filed and entered in each of above causes, and good cause therefor appearing, ordered that a judgment be filed in each cause and recorded in the minutes of this court affirming the decision of the United States Board of Tax Appeals, and that the mandates of this court in these causes issue forthwith.

**Mary Flagler CARY, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

**Harry Harkness FLAGLER, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

**Harry Harkness FLAGLER, Executor of Annie L. Flagler, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

**Jean Louise MATTHEWS, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

Nos. 145-148.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1941.

Writs of Certiorari Granted
March 10, 1941.

See 61 S.Ct. 740, 85 L.Ed. ——.

Roswell L. Gilpatric, of New York City, for petitioners.

Helen R. Carloss, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Orders affirmed on the authority of Van Vranken v. Helvering, 2 Cir., 115 F.2d 709.